[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-11815

Non-Argument Calendar

_____

LOGAN M. DUNSTON,
Sui Juris,

Plaintiff-Appellant,

*versus*

UNIVERSITY LENDING GROUP LLC,
U.S. BANK TRUST N.A.,
as Trustee for Ginne Mae Remic Trust 2021-154,
CARRINGTON MORTGAGE SERVICES, LLC,
MERS,

Defendants-Appellees.

_____

2                    Opinion of the Court                    25-11815

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 3:24-cv-00558-MCR-ZCB

_____

Before NEWSOM, GRANT, and BRASHER, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Logan M. Dunston, *pro se*, appeals from the district court's April 25, 2025, order and judgment dismissing the action. The statutory time limit required Dunston to file a notice of appeal on or before May 27, the first business day following expiration of the 30-day appeal period. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 26(a)(1)(C); *Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300-01 (11th Cir. 2010). However, Dunston did not file a notice of appeal until May 29, which was too late to invoke our appellate jurisdiction. *See Haney v. Mizell Mem'l Hosp.*, 744 F.2d 1467, 1472 (11th Cir. 1984) (providing that a notice of appeal that is mailed to the district court is generally considered filed on the date the district court receives it); Fed. R. App. P. 4(a)(1)(A); *Green*, 606 F.3d at 1300-01.

All pending motions are DENIED as moot.